# United States District Court

FILED
MAY 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOR THE _____ DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA

V.

__Simon P. Kareri__
Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 05-313M-01

Upon motion of the __UNITED STATES GOVERNMENT__, it is ORDERED that a detention hearing is set for __5-31-05__ * at __1:45 PM__
                                                Date                    Time

before __MAGISTRATE JUDGE ALAN KAY__
            Name of Judicial Officer

__United States District Court for the District of Columbia__
                    Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____) and produced for the hearing.
                    Other Custodial Official

Date: __5-27-05__                                    __/s/ Alan Kay__
                                                        Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.